IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )  CASE NO.: CR205-44 |
| v. | ) |
| | ) |
| MARK DAMON WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Defendant has filed a Notice of Intent to Stipulate Felony Status and Motion in *Limine*. The Government has filed a response.

The Notice of Intent to Stipulate Felony Status is noted. Defendant's Motion in *Limine* is **DENIED** at this time. Evidence of Defendant's prior convictions may be admitted pursuant to FED.R.EVID. 404(b) and, if the Defendant testifies, pursuant to FED.R.EVID. 609(a).

**SO ORDERED**, this 30th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE