IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CASE NO.: CR205-44 |
| | ) |
| MARK DAMON WILLIAMS, | ) |
| Defendant. | ) |

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties with the exception of Defendant's Motion for *Jackson-Denno* Hearing, Motions to Suppress, Motion for Discovery, Motion to Disclose Expert Test, Motion to Preserve and Produce, Motion for Inspection, and Motion to Preserve, and Motion in Limine.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 30th day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)