IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-44 |
| v. ) | |
| ) | |
| MARK DAMON WILLIAMS, ) | |
| Defendant. ) | |

### ORDER

Defendant filed a Preliminary Motion to Suppress and a Supplemental Motion to Suppress. At the June 6, 2006, hearing, counsel for Defendant advised the Court that she would supplement the Motions to Suppress by June 19, 2006, to particularize those motions. No post-hearing brief has been filed which identifies specific evidence which Defendant seeks to suppress. Accordingly, there is no issue for the Court to resolve. Defendant's Motion to Suppress and Supplemental Motion to Suppress are **DISMISSED**.

**SO ORDERED**, this 30th day of June, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)