IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 205-44 |
| | ) | |
| MARK DAMON WILLIAMS | ) | |
| Defendant | ) | |

ORDER

The court hereby Orders that any pretrial motions be filed on or before August 7, 2006. The Court will not consider any motions of any kind filed after this date.

SO ORDERED this 18 day of July, 2006.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA