IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CASE NO.: CR205-44 |
| v. | ) | |
| | ) | |
| | ) | |
| MARK DAMON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties shall file objections on or before **12:00 noon on September 5, 2006**. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on September 5, 2006.

**SO ORDERED**, this 25th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)