FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP -6  A 8: 41

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-44 |
| v. ) | |
| ) | |
| MARK DAMON WILLIAMS, ) | |
| Defendant. ) | |

## ORDER

Defendant Mark Damon Williams ("Williams") filed a Motion to Suppress and a Motion for a <u>Jackson-Denno</u> hearing. After conducting an evidentiary hearing on the Motions, Magistrate Judge James E. Graham issued a Report wherein he recommended that Williams' Motions be granted in part and denied in part. Williams filed Objections to the Magistrate Judge's Report and Recommendation. The Government has filed no objections.

In his Objections, Williams asserts that the Magistrate Judge erred in recommending that the statement Williams provided during Jones' December 8, 2004, videotaped interview should not be suppressed. Williams contends that Jones failed to adequately inform him that he was being questioned regarding the felony possession of a firearm, in contravention of <u>Miranda v. Arizona</u>, 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694 (1966).

AO 72A
(Rev. 8/82)

Williams' Objections are without merit. As noted by the Magistrate Judge, Williams need not have been aware of every subject Jones' interview may have covered; Williams' awareness in this regard had no bearing on whether he knowingly, voluntarily, and intelligently waived his Fifth Amendment privilege against self-incrimination. See Colorado v. Spring, 479 U.S. 564, 577, 107 S. Ct. 851, 859, 93 L. Ed. 2d 954 (1987).

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Any and all statements made by Williams to Jones at the Glynn County Detention Center on December 8, 2004, are admissible during the trial of this case. Conversely, any statement(s) Williams made at the Lee Street residence on December 8, 2004, and any statements Williams provided to Cupp and Hogue on December 9, 2004, are not admissible during the trial of this case.

SO ORDERED, this 6th day of September, 2006.

*[signature]*
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)