# United States District Court
## Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 SEP -8  A 11: 46
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
)
vs ) CASE NUMBER  CR 205-44
)
MARK DAMON WILLIAMS
)
)

### ORDER

The above captioned case having come on for jury trial the week of __September 6, 2006__ _____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to ____the____ ____Government____, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

G2A-B    Rossi Interarms, .357 magnum caliber revolver, S/N F096819 and six rounds of Fiocchi .357 caliber ammunition

G5    Marijuana recovered from defendant's pocket

G6    Box of Winchester .38 caliber ammunition

**SO ORDERED**, this __8__ day of __September__, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# RECEIPT FOR EXHIBITS

Received of the Clerk's Office  Government

exhibits numbered  G2A&B; G5; G6

in the case of  USA          v.  Mark Damon Williams

Case Number  CR205-44

This _____ day of  September , 2006.

_____ TOBY C. TAYLOR   ATF
Attorney for Government